## MEMORANDUM OF AGREEMENT

FIRM: __Precision Builders__
(please type or print company name above)   Telephone: (__319__) __285-436?__ Fax: (_____)

ADD/CITY/ST __400 Dammann Drive, Eldridge, IA.__   ZIP: __52748__
(please type or print complete business address above)

THIS AGREEMENT IS ENTERED INTO BETWEEN NORTHWEST ILLINOIS & EASTERN IOWA DISTRICT COUNCIL OF CARPENTERS: Boone, Bureau, Carroll, DeKalb, Henderson, Henry, Jo Davies, La Salle, Lee, Marshall, Mercer, Ogle, Putnam, Rock Island, Stark, Stephenson, Whiteside, and Winnebago counties of Illinois; Allamakee, Appanoose, Benton, Blackhawk, Bremer, Buchanan, Butler, Cedar, Chickasaw, Clayton, Clinton, Davis, Delaware, Des Moines, Dubuque, Fayette, Floyd, Grundy, Henry, Howard, Iowa, Jackson, Jefferson, Johnson, Jones, Keokuk, Lee, Linn, Louisa, Mahaska, Mitchell, Monroe, Muscatine, Poweshiek, Scott, Tama, Van Buren, Wapello, Washington, Wayne, and Winneshiek counties of Iowa; Clark and the eastern one-half of Scotland counties of Missouri, hereinafter sometimes referred to as the "Union" and the ABOVE NAMED COMPANY, hereinafter referred to as the "Employer."

The Employer and the Union do hereby agree as follows:

1. The Employer agrees and is satisfied that the UNION is supported by a majority of the employees of the Employer presently working within the territorial and occupational jurisdiction of the Union.
2. The Employer recognizes the Union as the sole and exclusive bargaining agent for and on behalf of the employees of the Employer coming within the territorial and occupational jurisdiction of the Union.
3. The Employer agrees to be bound by the terms of the Trust Agreements of fringe benefit funds to which contributions are required to be made under the Agreements referred to in this Memorandum of Agreement hereof, and includes all rules and regulations adopted by the Trustees thereof, and agrees to make prompt payments of the per hour contributions with respect to each such Trust Fund.
4. The Employer and the Union do hereby incorporate by reference and agree to be bound through their respective expiration dates by each of the Area Agreements in effect on the date of execution of this Agreement, negotiated between subordinate bodies of the United Brotherhood of Carpenters & Joiners of America and certain Employer Associations in counties of Illinois and Iowa which, on the effective date of this Agreement, make up the geographic jurisdiction of the Northwest Illinois & Eastern Iowa District Council of Carpenters.
5. Further, the Employer and the Union hereby agree to be bound by Area Agreements negotiated between the Northwest Illinois & Eastern Iowa District Council of Carpenters and various Employer Associations for the period beginning with the expiration dates of the several Agreements referred to above and ending on the expiration dates of any successor Agreements thereto from time to time thereafter unless the Employer gives written notice to the Union of a desire to amend or terminate any of such Agreements at least three (3) calendar months prior to the expiration of such Agreement or Agreements.

IN WITNESS WHEREOF, the parties have executed this Agreement on this __12__ day of __Jan__, 19__96__

FOR THE ABOVE NAMED EMPLOYER:   NORTHWEST ILLINOIS & EASTERN IOWA D.C. Local #_____

Signature _____
__Precision Builders__
(Please Print Name and Title)

Signature _____
__Ronald Lee Storjohann__ B.A.
(Please Print Name and Title)

Signature _____

(Please Print Name and Title)

### Please complete the following required information:

```
Worker Comp Ins Carrier _____   Policy # _____
                 Agent _____    Phone (____) _____
    Address/City/State/Zip _____
    (Send Certificate of Worker Comp Ins to Local Union office with 10-day cancellation notice.)

   State Unemployment # _____   State of _____
   Federal Identification # _____
Iowa Contractor Registration # _____
```
q&a:agree:memofagr.94 revised 5/94

EXHIBIT A

CONSTRUCTION INDUSTRY FUND OF ROCKFORD
1322 EAST STATE STREET SUITE 300
ROCKFORD, IL 61104

815-399-0800

PRECISION BUILDERS INC
1503 HOLLAND ST
LE CLAIRE, IA 52753

Page 1 of 1

4/26/2016

4483

Your payroll submission(s) for the following were delinquent. You have been assessed a delinquent penalty as follows:

| ACCT | FUND | PAY PERIOD | DEPOSIT DT | FUND AMT | % | PENALTY AMT | PD AMT | PD DT | WAIVE |
|---|---|---|---|---|---|---|---|---|---|
| CIRCRP | CIPN | 06/30/2014 | 09/08/2014 | $3,316.00 | 10.00 | $331.60 | | | |
|  | CIPN | 06/30/2014 | 07/23/2015 | $4,606.00 | 10.00 | $460.60 | | | |
| CIRCRP | CIPN | 07/31/2014 | 09/08/2014 | $4,026.00 | 10.00 | $402.60 | | | |
| CIRCRP | CIPN | 09/30/2014 | 11/10/2014 | $4,979.00 | 10.00 | $497.90 | | | |
| CIRCRP | CIPN | 10/31/2014 | 12/09/2014 | $5,244.00 | 10.00 | $524.40 | | | |
| CIRCRP | CIPN | 12/31/2014 | 02/05/2015 | $4,707.00 | 10.00 | $470.70 | | | |
| CIRCRP | CIPN | 02/28/2015 | 06/12/2015 | $4,372.00 | 10.00 | $437.20 | | | |
| CIRCRP | CIPN | 03/31/2015 | 06/11/2015 | $5,248.50 | 10.00 | $524.85 | | | |
| CIRCRP | CIPN | 04/30/2015 | 06/11/2015 | $4,398.00 | 10.00 | $439.80 | | | |
| CIRCRP | CIPN | 07/31/2015 | 09/18/2015 | $3,612.00 | 10.00 | $361.20 | | | |
| CIRCRP | CIPN | 10/31/2015 | 12/03/2015 | $3,098.40 | 10.00 | $309.84 | | | |

**Totals** $17,653.49 $12,892.80

**Total Due upon Receipt** $4,760.69

Please remit penalty due under separate cover from any hours submissions. Please attach a copy of this letter with your remittance.
Thank you

EXHIBIT
B